# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN AND JANE DOES 1-6; AND ROE
CORPORATIONS 7-10,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARK R. DENTON, DISTRICT JUDGE,
Respondents,
    and
TERRY TROFHOLZ; AND MACKENZIE
TROFHOLZ,
Real Parties in Interest.

No. 82574

FILED

MAR 05 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF PROHIBITION*

This original petition for a writ of prohibition challenges a district court order denying a motion to dismiss for lack of personal jurisdiction. Petitioners have also filed an emergency motion to stay the district court proceedings and enforcement of a subpoena pending our consideration of this petition. Real parties in interest have filed an opposition to the stay motion, and petitioners have filed a reply.

Having considered the petition and supporting documentation, we conclude that our extraordinary and discretionary intervention is not warranted. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary

21-06552

remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Mark R. Denton, District Judge
      Stephens Law Offices
      Kezhaya Law PLC
      Kutak Rock LLP/Minneapolis
      Howard & Howard Attorneys PLLC
      Eighth District Court Clerk

---

[1]In light of this order, petitioners' emergency stay motion is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A